## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BERNARD STERN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ATWOOD OCEANICS, INC., GEORGE S. DOTSON, JACK E. GOLDEN, HANS HELMERICH, JEFFREY A. MILLER, JAMES R. MONTAGUE, ROBERT J. SALTIEL, PHIL D. WEDEMEYER, ENSCO PLC, and ECHO MERGER SUB LLC,<br><br>              Defendants. | Case No. 4:17-CV-01942<br>Action Filed: June 23, 2017<br>Assigned Judge: Judge Harmon |
| JOSEPH COMPOSTO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ATWOOD OCEANICS, INC., GEORGE S. DOTSON, JACK E. GOLDEN, HANS HELMERICH, JEFFREY A. MILLER, JAMES R. MONTAGUE, ROBERT J. SALTIEL, and PHIL D. WEDEMEYER,<br><br>              Defendants. | Case No. 4:17-cv-01968<br>Action Filed: June 27, 2017<br>Assigned Judge: Judge Werlein |
| BOOTH FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ATWOOD OCEANICS, INC., ROBERT J. SALTIEL, GEORGE S. DOTSON, JACK E. GOLDEN, HANS HELMERICH, JEFFREY A. MILLER, JAMES R. MONTAGUE, and PHIL D. WEDEMEYER,<br><br>              Defendants. | Case No. 4:17-CV-01995<br>Action Filed: June 29, 2017<br>Assigned Judge: Judge Hoyt |

| | |
|---|---|
| MARY CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>ATWOOD OCEANICS, INC., ROBERT J. SALTIEL, GEORGE DOTSON, JACK GOLDEN, HANS HELMERICH, JEFFREY A. MILLER, JAMES MONTAGUE and PHIL D. WEDEMEYER,<br><br>               Defendants. | Case No. 4:17-cv-02013<br>Action Filed: June 30, 2017<br>Assigned Judge: Judge Atlas |

**STIPULATION AND JOINT MOTION OF CONSOLIDATION AND TIMING OF RESPONSE TO COMPLAINTS**

Pursuant to Local Rule 7.6, the parties in the above-styled actions enter the below stipulation and file their Joint Motion of Consolidation and Timing of Response to Complaints, respectfully requesting the Court to consolidate the above-styled actions as set forth below. As required by Local Rule 7.6, the parties are filing this joint motion with the Court of the first-filed case and providing courtesy copies to the other assigned Courts.

WHEREAS, on June 23, June 27, June 29 and June 30, 2017, plaintiffs Bernard Stern, Joseph Composto, Booth Family Trust, and Mary Carter ("Plaintiffs") in the above captioned actions (the "Actions") filed complaints. The complaints allege violations of the federal securities laws and name the following defendants: Atwood Oceanics, Inc. ("Atwood" or the "Company"), George S. Dotson, Jack E. Golden, Hans Helmerich, Jeffrey A. Miller, James R. Montague, Robert J. Saltiel, and Phil D. Wedemeyer (the "Individual Defendants" or the "Board" and collectively with Atwood, the "Atwood Defendants") and Ensco plc ("Ensco plc") and Echo Merger Sub LLC ("Merger Sub," and together with Ensco plc, "Ensco" and together with the Atwood Defendants, "Defendants");

WHEREAS, the Actions contain substantially similar allegations arising out of the same alleged events and name many of the same defendants;

WHEREAS, the complaints in each of the Actions assert claims under Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder, and thus raise common issues of law;

WHEREAS, the Plaintiffs in each of the Actions and the Defendants agree that the Actions raise common issues of law or fact and should be consolidated under Rule 42(a) of the Federal Rules of Civil Procedure;

1

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA") contemplates that: (i) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (ii) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class; and (iii) the Court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(A) & (B);

WHEREAS, the deadline for motions to serve as lead plaintiff in each of the Actions has not yet passed;

WHEREAS, the lead plaintiff will need to file a consolidated amended complaint or deem an existing complaint as the operative complaint;

WHEREAS, in the interest of judicial economy, no defendant in any of the Actions should be required to move to dismiss or otherwise respond to any of the original complaints filed in any of the Actions pending the lead plaintiff and lead counsel selection process;

WHEREAS, consolidation of the Actions will promote efficiency, conserve the Court and the parties' resources, promote judicial economy, and streamline the Actions.

WHEREFORE, Plaintiffs and Defendants stipulate to the below and respectfully move the Court to consolidate the above-styled actions as follows:

1.  The Actions entitled *Composto v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01968, *Booth Family Trust v. Atwood Oceanics, Inc. et al.,* Case No. 4:17-cv-01995, and *Carter v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-02013, are hereby reassigned to Judge Melinda

2

Harmon, before whom *Stern v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01942, is pending.

2. The Actions are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *Stern v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01942, is designated the lead case (the "Consolidated Action").

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action. This Order shall apply to every such action, absent order of the Court.

4. Every pleading filed in the Consolidated Action, or in any separate action consolidated herein, shall bear the following caption:

| IN RE ATWOOD OCEANICS, INC. SHAREHOLDER LITIGATION | CONSOLIDATED<br>Master File No.:<br>4:17-cv-01942 |
|---|---|

5. The file in Case No. 4:17-cv-01942 shall constitute a Master File for every action in the Consolidated Action.

6. The parties to the Consolidated Action shall file a Notice of Related Cases pursuant to Local Rule 42 - 4.03 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

(a) place a copy of this Order in the separate file for such action;

(b) serve on plaintiffs' counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

7. No defendant in any of the Actions shall be required to answer or otherwise respond to any original complaint filed in any of the Actions.

8. Nothing herein shall preclude or impair plaintiffs' ability to seek injunctive relief, shortening of time, or expedited proceedings, even prior to the appointment of a lead plaintiff and lead counsel.

9. In the event that the Consolidated Action proceeds in this district and this Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA, lead plaintiff and counsel for defendants shall submit a proposed scheduling order (or, if no agreement can be reached, separate proposed scheduling orders) covering the filing of a consolidated amended complaint or designation of a previously filed complaint as the operative complaint in this action and the filing and briefing of any dispositive motions.

10. The Defendants agree to waive service of any summons and consolidated amended complaint or any previously filed complaint deemed the operative complaint in the Consolidated Action.

11. Defendants in the Actions retain all defenses and objections to the Actions.

Pursuant to the above stipulation, Plaintiffs and Defendants respectfully request the Court to consolidate the above-styled actions and enter the parties' proposed order reflecting the foregoing stipulation. The parties have attached the proposed order as Exhibit A and separately submitted the proposed order with this filing.

                                      Respectfully submitted,

Dated: August 15, 2017          /s/ *Jamie McKey*
JOE KENDALL
TEXAS BAR NO. 11260700
JKENDALL@KENDALLLAWGROUP.COM
JAMIE J. MCKEY
TEXAS BAR NO. 24045262
JMCKEY@KENDALLLAWGROUP.COM
3232 MCKINNEY AVENUE, SUITE 700
**THE KENDALL LAW GROUP, PLLC**
DALLAS, TX 75204
TELEPHONE: (214) 744-3000
FACSIMILE: (214) 744-3015

**RIGRODSKY & LONG, P.A.**
2 RIGHTER PARKWAY, SUITE 120
WILMINGTON, DE 19803
TELEPHONE: (302) 295-5310
FACSIMILE: (302) 654-7530

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff Bernard Stern*

Dated: August 15, 2017          /s/ *Jamie McKey*
JOE KENDALL
TEXAS BAR NO. 11260700
JKENDALL@KENDALLLAWGROUP.COM
JAMIE J. MCKEY
TEXAS BAR NO. 24045262
JMCKEY@KENDALLLAWGROUP.COM
3232 MCKINNEY AVENUE, SUITE 700
**THE KENDALL LAW GROUP, PLLC**
DALLAS, TX 75204
TELEPHONE: (214) 744-3000
FACSIMILE: (214) 744-3015

|  |  |
|---|---|
|  | **LEVI & KORSINSKY, LLP**<br>DONALD J. ENRIGHT<br>ELIZABETH K. TRIPODI<br>1101 30TH STREET, N.W.,<br>SUITE 115<br>WASHINGTON, DC 20007<br>(202) 524-4290<br><br>*Attorneys for Plaintiff Joseph Composto* |
| Dated: August 15, 2017 | /s/ *Thomas Bilek*<br>Thomas E. Bilek<br>TX Bar No. 02313525 / SDTX Bar No. 9338<br>**THE BILEK LAW FIRM, LLP**<br>700 Louisiana, Suite 3950<br>Houston, Texas 77002<br>Tel: (713) 227-7720<br>Fax: (713) 227-9404<br><br>**WEISSLAW LLP**<br>RICHARD A. ACOCELLI<br>MICHAEL A. ROGOVIN<br>KELLY C. KEENAN<br>1500 BROADWAY, 16TH FLOOR<br>NEW YORK, NEW YORK 10036<br>TEL: (212) 682-3025<br>FAX: (212) 682-3010<br><br>*Attorneys for Plaintiff Booth Family Trust* |
| Dated: August 15, 2017 | /s/ *Jaimie McKey*<br>Joe Kendall<br>Texas Bar No. 11260700<br>jkendall@kendalllawgroup.com<br>Jamie J. McKey<br>Texas Bar No. 24045262<br>jmckey@kendalllawgroup.com<br>3232 McKinney Avenue, Suite 700<br>**THE KENDALL LAW GROUP, PLLC**<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015 |

                                         **FARUQI & FARUQI, LLP**
                                         NADEEM FARUQI
                                         JAMES M. WILSON, JR.
                                         685 THIRD AVENUE, 26TH FL.
                                         NEW YORK, NY 10017
                                         TELEPHONE: (212) 983-9330
                                         FACSIMILE: (212) 983-9331
                                         EMAIL: NFARUQI@FARUQILAW.COM
                                            JWILSON@FARUQILAW.COM

                                         *Attorneys for Plaintiff Mary Carter*

Dated: August 15, 2017                 /s/ *Mike Raiff*
                                         Michael L. Raiff (attorney-in-charge)
                                           State Bar No. 00784803
                                           Southern District Bar No. 24328
                                         GIBSON, DUNN & CRUTCHER, LLP
                                         2100 McKinney Avenue, Suite 1100
                                         Dallas, Texas 75201-6912

                                         1221 McKinney Street
                                         Houston, Texas 77010-2046
                                         Telephone: 214.698.3350
                                         Facsimile: 214.571.2927
                                         Email: MRaiff@gibsondunn.com

                                         *Attorneys for the Atwood Defendants*

Dated: August 15, 2017                 /s/ *Herman Yue*
                                         Herman Yue
                                           Texas Bar No. 24099071
                                         **LATHAM & WATKINS LLP**
                                         811 Main Street, Suite 3700
                                         Houston, Texas 77002
                                         Telephone: 713.546.5400
                                         Facsimile: 713.546.5401
                                         Email: Herman.Yue@lw.com

>Sarah A. Greenfield
>J. Christian Word
>**LATHAM & WATKINS LLP**
>555 Eleventh Street NW, Suite 1000
>Washington, D.C. 20004
>Telephone: 202.637.2200
>Facsimile: 202.637.2201
>Email: sarah.greenfield@lw.com
>     christian.word@lw.com
>
>*Attorneys for Ensco*

## CERTIFICATE OF SERVICE

On August 18, 2017, a true and correct copy of foregoing instrument was served according to the FEDERAL RULES OF CIVIL PROCEDURE via the ECF system on counsel of record.

>/s/ *Mike Raiff*
>MICHAEL RAIFF

# Exhibit A

AGREED ORDER

Having read and considered Plaintiffs' and Defendants' Stipulation and Joint Motion of Consolidation and Timing of Response to Complaints, the Court **HEREBY GRANTS THE MOTION AND ORDERS THAT**:

1. The Actions entitled *Composto v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01968, *Booth Family Trust v. Atwood Oceanics, Inc. et al.,* Case No. 4:17-cv-01995, and *Carter v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-02013, are hereby reassigned to Judge Melinda Harmon, before whom *Stern v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01942, is pending.

2. The Actions are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  *Stern v. Atwood Oceanics, Inc. et al.*, Case No. 4:17-cv-01942, is designated the lead case (the "Consolidated Action").

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action.  This Order shall apply to every such action, absent order of the Court.

4. Every pleading filed in the Consolidated Action, or in any separate action consolidated herein, shall bear the following caption:

| IN RE ATWOOD OCEANICS, INC. SHAREHOLDER LITIGATION | CONSOLIDATED<br>Master File No.:<br>4:17-cv-01942 |
|---|---|

5. The file in Case No. 4:17-cv-01942 shall constitute a Master File for every action in the Consolidated Action.

1

6. The parties to the Consolidated Action shall file a Notice of Related Cases pursuant to Local Rule 42 - 4.03 whenever a case that should be consolidated into this action is filed in, or transferred to, this District.  If the Court determines that the case is related, the clerk shall:

(a) place a copy of this Order in the separate file for such action;

(b) serve on plaintiffs' counsel in the new case a copy of this Order;

(c) direct that this Order be served upon defendants in the new case; and

(d) make the appropriate entry in the Master Docket.

7. No defendant in any of the Actions shall be required to answer or otherwise respond to any original complaint filed in any of the Actions.

8. Nothing herein shall preclude or impair plaintiffs' ability to seek injunctive relief, shortening of time, or expedited proceedings, even prior to the appointment of a lead plaintiff and lead counsel.

9. In the event that the Consolidated Action proceeds in this district and this Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA, lead plaintiff and counsel for defendants shall submit a proposed scheduling order (or, if no agreement can be reached, separate proposed scheduling orders) covering the filing of a consolidated amended complaint or designation of a previously filed complaint as the operative complaint in this action and the filing and briefing of any dispositive motions.

10. The Defendants agree to waive service of any summons and consolidated amended complaint or any previously filed complaint deemed the operative complaint in the Consolidated Action.

3

      11.    Defendants in the Actions retain all defenses and objections to the Actions and the Consolidated Action.

DATED: _____

                                                      _____
                                                      The Honorable Melinda Harmon
                                                      United States District Judge