**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE ATWOOD OCEANICS, INC. SHAREHOLDER LITIGATION | CONSOLIDATED<br>Master File No.:<br>4:17-cv-01942 |

## NOTICE OF CLOSURE

WHEREAS, on October 25, 2017, the parties (the "Parties") in the above-captioned class action (the "Action") filed a Stipulation and Proposed Order of Dismissal and Retention of Jurisdiction (the "Stipulation of Dismissal") (Dkt. No. 7);

WHEREAS, on November 7, 2017, the Court granted the Stipulation of Dismissal and retained jurisdiction of this action solely for the purpose of adjudicating any issues related to the potential Fee and Expense Application. (Dkt. No. 8);

WHEREAS, on November 14, 2017, the Parties to this Action reached a collective agreement to resolve the intended Fee and Expense Application, thereby obviating the need for further motions practice;

**PLAINTIFFS HEREBY SUBMITS NOTICE** that no Fee and Expense Application will be filed in the Action, and that the Action is dismissed and closed for all purposes pursuant to F.R.C.P. 41(a) and consistent with the Stipulation of Dismissal filed on October 25, 2017.

Respectfully submitted,

Dated: November 21, 2017

By: */s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorney for Plaintiff Bernard Stern*

Dated: November 21, 2017

By: */s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

**LEVI & KORSINSKY, LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W.
Suite 115
Washington, DC 20007
Wilmington, DE 19803
Telephone: (202) 524-4290

*Attorney for Plaintiff Joseph Composto*

Dated: November 21, 2017

By: */s/ Thomas E. Bilek*
Thomas E. Bilek
Texas Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, LLP**
700 Louisiana, Suite 3950
Houston, TX 77002
Telephone: (713) 227-7720
Facsimile: (713) 227-9404

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Attorney for Plaintiff Booth Family Trust*

Dated: November 21, 2017

By: */s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
**KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

*Attorney for Plaintiff Mary Carter*

## CERTIFICATE OF SERVICE

On November 21, 2017, a true and correct copy of the foregoing instrument was served according to the FEDERAL RULES OF CIVIL PROCEDURE via the ECF system on counsel of record.

Dated: November 21, 2017             */s/ Jamie J. McKey*
                                     Jamie J. McKey