United States District Court
Southern District of Texas
**ENTERED**
November 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNARD STERN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1942 |
| | § | |
| ATWOOD OCEANICS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Closure filed on November 21, 2017, (Doc. 9 ) this case is **DISMISSED and closed** for all purposes pursuant to Federal Rules of Civil Procedure 41(a).

SIGNED at Houston, Texas, this __28th__ day of __Nov__ 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE